Nathaniel John LITTLE,
Plaintiff–Appellant,

v.

UNITED STATES of America,
Defendant–Appellee.

No. 02–6550.

United States Court of Appeals,
Fourth Circuit.

Submitted July 25, 2002.

Decided Aug. 1, 2002.

Nathaniel John Little, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Nathaniel John Little seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2002). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Little v. United States*, Nos. CR–97–41; CA–01–84 (E.D. Va. filed Jan. 30, 2002 & entered Jan. 31, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*